UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------X

FLEET MARINE, INC.,

                Plaintiff,

     - against -

FAYETTE INTERNATIONAL
HOLDINGS LTD.

              Defendant.

----------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/09

09 CV 7558 (VM)
ECF CASE

## TURN OVER ORDER WITH RESPECT OF ATTACHED PROPERTY

WHEREAS garnishee Standard Chartered Bank, acting pursuant to the Ex Parte Order of Maritime Attachment and the Process of Maritime Attachment and Garnishment, restrained and attached FAYETTE INTERNATIONAL HOLDINGS LTD.'s property, *i.e.* electronic funds transfer that referenced FAYETTE INTERNATIONAL HOLDINGS LTD. in the total amount of USD$655,837.90; and

IT IS HEREBY ORDERED that the funds in the amount of USD$655,837.90 be transferred to the registry of the Court within ten (10) business days. Plaintiff is further ordered to notify the court via facsimile once the transfer has been made.

IT IS FURTHER HEREBY ORDERED that this action shall be, and the same hereby is, discontinued; provided, however, that counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned once the Parties have finalized settlement of this matter, if enforcement of any arbitration award is necessary, or the funds must otherwise be released, or for other good cause shown, in which event the action will be restored.

IT IS FURTHER HEREBY ORDERED that the Clerk of the Court is directed to close this

case.

Dated: September 2 2, 2009
New York, NY


SO ORDERED:


Honorable Victor Marrero, U.S.D.J.